163; 141 Mass. 231; 94 N. J. 152; Brady on Bank Checks, 276, 277; 196 Pa. 230; 31 App. D. C. 391; 85 Ohio St. 203; 51 Mo. App. 508; 56 Colo. 495; 27 Utah, 222; 35 Wash. 621; 43 Wash. 153.

## 19605. CHAPPELL, deputy sheriff, *v.* BEAVERS.

BROYLES, C. J.   1. There is no sufficient assignment of error in the bill of exceptions either upon the exceptions pendente lite or upon the ruling therein complained of.   It follows that the exceptions pendente lite can not be considered by this court.

2. The verdict was amply authorized by the evidence, and the overruling of the motion for a new trial (based upon the usual general grounds) was not error.

3. This court not being satisfied that the writ of error was prosecuted for the purpose of delay only, the request of the defendant in error, that damages be awarded him because of bringing the case to this court for the purpose of delay only, is denied.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1929.

*Zach. Childers, R. L. Maynard,* for plaintiff in error.
*C. R. McCrory, James W. Smith,* contra.

## 19607.   HILL *v.* THE STATE.

BROYLES, C. J.   The facts set forth in the untraversed answer of the trial judge to the petition for certiorari show that the venue of the offense was proved and that the verdict was amply authorized by the evidence. The overruling of the certiorari was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1929.

*C. G. Battle,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.